# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| GAS DRAWLS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>WHALECO, INC., D/B/A TEMU; and DOES 1-10,<br><br>Defendants. | Case No. 2:25−cv−07425-SB-BFMx<br><br>**ORDER RE STIPULATED PROTECTIVE ORDER**<br><br>[Discovery Document: Referred to Magistrate Judge Brianna Fuller Mircheff] |

Having considered the papers, and finding that good cause exists, the Parties' Stipulated Protective Order is **granted**.

**IT IS SO ORDERED**.

DATED: October 30, 2025

_____
BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE