Matthew S. Bellinger (SBN 222,228)
matt.bellinger@knobbe.com
KNOBBE, MARTENS, OLSON &
BEAR LLP
2040 Main Street, 14th Floor
Irvine, CA  92614
Phone: (949) 760-0404

Nicholas A. Belair (SBN 295,380)
nick.belair@knobbe.com
KNOBBE, MARTENS, OLSON &
BEAR LLP
333 Bush St., 21st Fl.
San Francisco, CA 94104
Phone: (415) 217-8399

Hans L. Mayer (SBN 291,998)
hans.mayer@knobbe.com
Melis Tirhi (SBN 351,604)
melis.tirhi@knobbe.com
KNOBBE, MARTENS, OLSON &
BEAR LLP
1925 Century Park East, Suite 400
Los Angeles, CA 90067
Phone: (310) 551-3450

*Attorneys for Defendant,*
Whaleco, Inc., d/b/a Temu

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| GAS DRAWLS, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WHALECO, INC., D/B/A TEMU; and DOES 1-10,<br><br>　　　　Defendants. | Case No. 2:25−cv−07425-SB (BFMx)<br><br>**DEFENDANT WHALECO, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS FIRST AMENDED COMPLAINT AND MOTION TO STRIKE**<br><br>Hearing Date: December 5, 2025<br>Time: 8:30 a.m.<br>Courtroom: 6C<br>Judge: Hon. Stanley Blumenfeld, Jr. |

1  **PLEASE TAKE NOTICE THAT** on December 5, 2025 at 8:30 a.m., or as soon thereafter as counsel may be heard, in the Courtroom of the Honorable Stanley Blumenfeld Jr., Courtroom 6C of the United States District Court for the Central District of California, located at 350 West 1st Street, Los Angeles, CA 90012, Defendant Whaleco, Inc., d/b/a Temu ("Temu") will and hereby does move pursuant to Fed. R. Civ. P. 12(b)(6) to dismiss the above-titled action in its entirety, and to strike certain portions of the Plaintiff Gas Drawls LLC's First Amended Complaint ("FAC") pursuant to Fed. R. Civ. P. 12(f).

The parties conducted a Local Rule 7-3 conference of counsel on October 29, 2025. As set forth in the Declaration of Hans Mayer ("Mayer Declaration") filed concurrently herewith, Temu explained in detail the basis for the intended motion to dismiss the FAC, including the sufficiency of Plaintiff's allegations, as well as the basis for its motion to strike. Mayer Decl., ¶¶ 2-7. Plaintiff stated that it intended to oppose the motion as to all claims. *Id.*

This motion is based upon this Notice of Motion and the Memorandum of Points and Authorities and Mayer Declaration filed concurrently herewith, any subsequently filed briefs and declarations, the pleadings and papers filed in this action, and any other arguments, evidence, and matters submitted to the Court, at the hearing or otherwise. A proposed order is also being lodged for the Court's consideration.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

|    |                          |                                                      |
|----|--------------------------|------------------------------------------------------|
| 1  |                          | Respectfully submitted,                              |
| 2  |                          |                                                      |
| 3  |                          | KNOBBE, MARTENS, OLSON & BEAR LLP                    |
| 4  |                          |                                                      |
| 5  | Dated: November 5, 2025  | By: */s/ Hans L. Mayer*                              |
| 6  |                          |     Hans L. Mayer                                    |
|    |                          |     Matthew S. Bellinger                             |
| 7  |                          |     Nicholas A. Belair                               |
|    |                          |     Melis Tirhi                                      |
| 8  |                          |                                                      |
| 9  |                          | *Attorneys for Defendant,*                           |
|    |                          | Whaleco, Inc., d/b/a Temu                            |

## CERTIFICATE OF COMPLIANCE

Pursuant to the Standing Order dated August 18, 2025, the undersigned, counsel of record for Defendant Whaleco, Inc., d/b/a Temu certifies that the parties met in person or by videoconference, thoroughly discussed each and every issue raised in the motion, and attempted in good faith to resolve the motion in whole or in part.

Dated: November 5, 2025       By: */s/ Hans L. Mayer*
                                                Hans L. Mayer
                                                Matthew S. Bellinger
                                                Nicholas A. Belair
                                                Melis Tirhi

                                                *Attorneys for Defendant,*
                                                Whaleco, Inc., d/b/a Temu