UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No.: | 2:25-cv-07425-SB-BFM | Date: | January 30, 2026 |

| | |
|---|---|
| Title: | Gas Drawls, LLC v. Whaleco, Inc. et al |

| | |
|---|---|
| Present: The Honorable | **STANLEY BLUMENFELD, JR., U.S. District Judge** |

| Lynnie Fahey | CourtSmart |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Andres Navarro | Matthew Scott Bellinger |
| Jeffrey S Gluck | Hans Linden Mayer |
| Scott A. Burroughs | |

**Proceedings: (Minutes of)** Motion to Dismiss [38] **(Held and completed)**

      The Court heard argument from counsel on Defendant's motion to dismiss (Dkt. No. 38).  The Court took the matter under submission.

0:28