Scott Alan Burroughs (SBN 235718)
scott@donigerlawfirm.com
Andres Navarro (SBN 358499)
anavarro@donigerlawfirm.com
Kelsey M. Schultz (SBN 328159)
kschultz@donigerlawfirm.com
**DONIGER / BURROUGHS**
603 Rose Avenue
Venice, CA 90291
Telephone: (310) 590-1820

Jeffrey S. Gluck (SBN 304555)
jeff@gluckip.com
**GLUCK LAW FIRM**
16950 Via De Santa Fe
Rancho Santa Fe, California 92067
Telephone: (310) 776-7413

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

GAS DRAWLS LLC,

Plaintiff,

v.

WHALECO, INC., *et al.*,

Defendants.

Case No. 2:25-cv-07425-SB (BFMx)

**NOTICE OF DISMISSAL OF DEFENDANT PDD HOLDINGS, INC.**

TO THE COURT, ALL PARTIES, AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Plaintiff hereby dismisses Defendant PDD Holdings, Inc. only, *without prejudice*, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). Under this Rule, no court order is required in connection with this notice of dismissal. This case will continue as to the remaining parties and claims.

Respectfully submitted,

Date: May 1, 2026

By:  */s/ Scott Alan Burroughs*
Scott Alan Burroughs, Esq.
Andres Navarro, Esq.
DONIGER / BURROUGHS
*Attorneys for Plaintiff*