## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No.:   2:25-cv-07425-SB-BFM | Date:   May 1, 2026 |

Title:   Gas Drawls, LLC v. Whaleco, Inc. et al

Present: The Honorable   **STANLEY BLUMENFELD, JR., U.S. District Judge**

| | |
|---|---|
| Lynnie Fahey | CourtSmart |
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Andres Navarro | Matthew Scott Bellinger |
| Scott A Burroughs | Hans Linden Mayer |
| Jeffrey S Gluck | |

**Proceedings: (Minutes of)** Motion for Summary Judgment [107] **(Held and completed)**

The Court heard argument from counsel on Defendant's motion for summary judgment (Dkt. No. 107) and may order further briefing.

0:23

CV-90 (12/02)                    **CIVIL MINUTES – GENERAL**                    Initials of Deputy Clerk LFA