AO 120 (Rev. 08/10)

| TO:    Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court _CENTRAL DISTRICT OF CALIFORNIA_ on the following

☑ Trademarks or   ☐ Patents.   ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>2:25-cv-07425 | DATE FILED<br>8/11/2025 | U.S. DISTRICT COURT<br>CENTRAL DISTRICT OF CALIFORNIA |
|---|---|---|
| PLAINTIFF<br>GAS DRAWLS, LLC | | DEFENDANT<br>WHALECO, INC., et al. |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 7273384 | 1/16/2024 | Gas Drawls LLC |
| 2 | 98415028 | 6/6/2025 | Gas Drawls LLC |
| 3 | 7238800 | 12/12/2023 | Gas Drawls LLC |
| 4 | 7245449 | 12/19/2023 | Gas Drawls LLC |
| 5 | 6797454 | 7/19/2022 | Gas Drawls LLC |
| 6. | 7238799 | 12/12/2023 | Gas Drawls LLC |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| Plaintiff's Notice of Settlement filed 6/18/2026.<br><br>TEXT ENTRY - In Chamber Order of 6/18/2026, dismissing action in its entirety without prejudice. |

| CLERK<br>BRIAN D. KARTH | (BY) DEPUTY CLERK<br>G. Kami | DATE<br>6/22/2026 |
|---|---|---|

**Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy**