JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

GAS DRAWLS, LLC,

Plaintiff,

v.

WHALECO, INC., D/B/A TEMU,

Defendant.

Case No. 2:25−cv−07425-SB (BFMx)

**ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R.CIV.P.41(a)(1)(A)(ii)**

Pursuant to the parties' stipulation, all claims in this action are voluntarily dismissed with prejudice, with each side bearing its own costs and attorneys' fees.

Dated: August 12, 2026

Stanley Blumenfeld, Jr.
United States District Judge